**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward Patrick Donahue            CHAPTER 7
       Cindy Jean Donahue
                    Debtor(s)                BKY. NO. 24-12814 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                Respectfully submitted,

                                /s/ *Denise Carlon*
                                Denise Carlon
                                20 Aug 2024, 19:54:13, EDT

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322