IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12814-pmm |
| Edward Donahue | ) | |
| Cindy Donahue | ) | Chapter 7 |
| Debtor(s) | ) | Date: August 20, 2024 |

**Motion to extend deadline of documents:**

Respectfully ask for a 2-week extension of all Schedules, required documents, credit counseling from 8/26/2024 to 9/9/2024 as Debtor(s) are Pro Se and completing the forms we are trying to take our time completing with accuracy.

Respectfully submitted

Edward Donahue

Cindy Donahue