# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 7 |
| | : | |
| **Edward and Cindy Donahue,** | : | Case No. 24-12814 (PMM) |
| | : | |
| **Debtors.** | : | |

## ORDER DISMISSING BANKRUPTCY CASE

AND NOW this case having been filed *pro se* on August 12, 2024;

AND the Debtors having failed to file a timely certificate of credit counseling, see 11 U.S.C. §109(h);

AND the Debtors having failed to pay the full first installment payment;

AND the Debtors having failed to file required schedules and statements;

It is, therefore, hereby **ordered,** that the Debtors' bankruptcy case is **dismissed**. It is further **ordered** that the Motion to Extend Time (doc. #13) is **denied** as moot.

Date: 8/26/24

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Edward and Cindy Donahue
325 Marshall Street
Pheonixville, PA 19460