Access Counseling, Inc.

FILED
AUG 26 2024
TIMOTHY McGRATH, CLERK
*Sh* DEP CLERK

Certificate Number: 15317-PAE-CC-038792559



15317-PAE-CC-038792559

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 22, 2024, at 6:07 o'clock AM PDT, Cindy J Donahue received from Access Counseling, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: August 22, 2024     By: /s/Rose Benito

Name: Rose Benito

Title: Certified Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).