# Access Counseling, Inc.

FILED
AUG 2 6 2024
TIMOTHY McGRATH, CLERK
DEP CLERK

Certificate Number: 15317-PAE-CC-038792557



15317-PAE-CC-038792557

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 22, 2024</u>, at <u>6:06</u> o'clock <u>AM PDT</u>, <u>Edward P Donahue</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>August 22, 2024</u>      By: <u>/s/Rose Benito</u>

Name: <u>Rose Benito</u>

Title: <u>Certified Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).