IN THE UNITED STATES
BANKRUPTCK Court for
Eastern District of
Pennsylvania

FILED

AUG 27 2024

TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Edward Donohue         : CASE NO,
Cindy Donohue          : 24-12814- pmm
        Debtors        :
                       : 8-27-24
                       :

---

motion to reinstate
bancrurtcy for payment mailed
in and not recieved before
date 8/22/24.

---

Kindlyly reinstate Bankruptcy
we mailed prior to next due
date. Debtor has no control
over USPS,
     Debtor has now made next
2 payments

x _Edward P Donohue_
x _Cindy J Donohue_