## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 7** |
| **Edward and Cindy Donahue,** | : | |
| Debtors. | : | **Case No. 24-12814 (PMM)** |

### ORDER DENYING MOTION

**AND NOW**, upon consideration of the Debtors' *pro se* Motion for Reconsideration of the Dismissal (doc. #21, the "Motion");

AND the Motion providing no substantive or procedural reason for reconsideration of the dismissal;

AND the Debtors having failed to file a timely certificate of credit counseling and or to provide evidence of exigent circumstances, see 11 U.S.C. §109(h);

It is therefore hereby **ordered** that the Motion is **denied**.

Dated: 8/28/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Edward and Cindy Donahue
325 Marshall Street
Phoenixville, PA 19460