United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edward Patrick Donahue  
Cindy Jean Donahue  
    Debtors

Case No. 24-12814-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 26, 2024      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward Patrick Donahue, Cindy Jean Donahue, 325 Marshall Street, Pheonixville, PA 19460-3141 |
| 14915330 | + | Avant, PO Box 2360, Omaha, NE 68103-2360 |
| 14917944 | + | Lakeview Loan Servicing, LLC, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14915328 | | Roman's, PO Box 650972, Dallas, TX 75265-0972 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2024 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14915323 | | Email/Text: bk@avant.com | Aug 27 2024 00:01:00 | Avant, PO Box 1429, Carol Stream, IL 60132-1429 |
| 14915326 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 00:01:00 | Boscov's, PO Box 182118, Columbus, OH 43218-2118 |
| 14915321 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 00:09:07 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14915332 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 00:09:29 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 14915334 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 00:01:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14915329 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 27 2024 00:01:00 | Citadel FCU, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 14915322 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2024 00:01:00 | Indigo, PO Box 4488, Beaverton, OR 97076-4402 |
| 14917887 | ^ | MEBN | Aug 26 2024 23:46:21 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14915331 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 00:08:57 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14915333 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 00:09:53 | Merrick Bank, PO Box 171379, Salt Lake City, UT 84117-1379 |
| 14915325 | | Email/Text: bankruptcy@sccompanies.com | Aug 27 2024 00:01:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14915327 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: pdf900 | Total Noticed: 19 |

| | | Aug 27 2024 00:08:57 | Ollo, PO Box 9222, Old Bethpage, NY 11804-9222 |
|---|---|---|---|
| 14915324 | Email/Text: bankruptcy@sccompanies.com | Aug 27 2024 00:01:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Edward and Cindy Donahue,** | : | **Case No. 24-12814 (PMM)** |
| | : | |
| **Debtors.** | : | |

**ORDER DISMISSING BANKRUPTCY CASE**

AND NOW this case having been filed *pro se* on August 12, 2024;

AND the Debtors having failed to file a timely certificate of credit counseling, see 11 U.S.C. §109(h);

AND the Debtors having failed to pay the full first installment payment;

AND the Debtors having failed to file required schedules and statements;

It is, therefore, hereby **ordered,** that the Debtors' bankruptcy case is **dismissed**. It is further **ordered** that the Motion to Extend Time (doc. #13) is **denied** as moot.

**Date:  8/26/24**

*Patricia M. Mayer*
───────────────────────
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Edward and Cindy Donahue
325 Marshall Street
Pheonixville, PA 19460