United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 24-12814-pmm

Edward Patrick Donahue                                                      Chapter 7

Cindy Jean Donahue

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

**Recip ID              Recipient Name and Address**
db/jdb                  + Edward Patrick Donahue, Cindy Jean Donahue, 325 Marshall Street, Phoenixville, PA 19460-3141

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:**

**Name                           Email Address**

DENISE ELIZABETH CARLON
                               on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

ROBERT W. SEITZER
                               rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee
                               USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                            :      **Chapter 7**


**Edward and Cindy Donahue,**                     :

                        **Debtors.**      :      **Case No. 24-12814 (PMM)**

_____

**ORDER DENYING MOTION**

     **AND NOW**, upon consideration of the Debtors' *pro se* Motion for Reconsideration of the

Dismissal (doc. #21, the "Motion");

     AND the Motion providing no substantive or procedural reason for reconsideration of the

dismissal;

     AND the Debtors having failed to file a timely certificate of credit counseling and or to

provide evidence of exigent circumstances, <u>see</u> 11 U.S.C. §109(h);

     It is therefore hereby **ordered** that the Motion is **denied**.



Dated: 8/28/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge


Copy to:
Edward and Cindy Donahue
325 Marshall Street
Phoenixville, PA 19460